**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| PATRICK POLK, | § | |
| Plaintiff, | § § § | |
| *versus* | § § § | CIVIL ACTION NO. 9:25-CV-264 |
| TDCJ CORPORATION, *et al.*, | § § § | |
| Defendants. | § § | |

### ORDER ADOPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Patrick Polk, an inmate formerly confined at the Polunsky Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against prison officials.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action without prejudice to plaintiff's ability to pursue his claims in his other pending lawsuits styled *Polk v. Scott*, No. 9:25cv163 (E.D. Tex.) and *Polk v. Sulaman*, No. 4:25cv2811 (S.D. Tex.). To date, the parties have not filed objections to the report.[1]

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate

---

[1]     Plaintiff filed no objections to the Report and Recommendation of the magistrate judge. On March 9, 2026, plaintiff submitted a "Motion to Correct $405 Filing Fee Payment" in which he states he sent a withdrawal slip for the above-styled action but he meant to send it along with civil action no. 9:25cv163. In his motion, plaintiff requests to apply his filing fee to civil action no. 9:25cv163 along with filing his objections to dismissal in that case. A review of the docket in civil action no. 9:25cv163 reveals plaintiff filed objections to the dismissal of that action on March 9, 2026, the same date as his letter was filed in this action. The filing fee, however, has not been received by this court for either of plaintiff's two cases.

judge's recommendation.  The dismissal of this action is without prejudice to plaintiff's ability to reinstate the above-styled action on the court's active docket by filing a motion to reinstate within thirty (30) days from the date set forth below.

SIGNED at Beaumont, Texas, this 7th day of April, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE